

# Fourth Court of Appeals
## San Antonio, Texas

April 13, 2022

No. 04-22-00079-CV

Brian **O'NEILL** (cross-appellee),
Appellant

v.

Michael D. **TANGMAN** and Cindy Dechert Tangman (cross-appellants),
Appellees

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 19-484
Honorable Kirsten Cohoon, Judge Presiding

### ORDER

In accordance with this court's memorandum opinion of this date, the appeal and cross-appeal are DISMISSED. Costs of the appeals are taxed against the party who incurred them.

It is so **ORDERED** on April 13, 2022.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of April, 2022.

_____
Michael A. Cruz, Clerk of Court